UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES MILLIS                                          CIVIL ACTION

VERSUS                                                NO. 11-692

ENTERPRISE PRODUCTS COMPANY            SECTION "C" (3)

ORDER

IT IS ORDERED that the motion in limine regarding the presentation of evidence to support plaintiff's maintenance and cure claim at trial filed by Enterprise Marine Services, L.L.C. is GRANTED. Rec. Doc. 34. No opposition has been filed to this motion, which is otherwise supported.

IT IS FURTHER ORDERED that the motion in limine to preclude evidence of, or reference to, prior arrests, misdemeanor convictions and/or alleged bad acts filed by the plaintiff is GRANTED. Rec. Doc. 37. No opposition has been filed to this motion, which is otherwise supported.

IT IS ORDERED that the motion to amend the Court's scheduling order to freeze the deadlines set forth therein filed by Enterprise Marine Services, L.L.C. is GRANTED.

Rec. Doc. 53. No opposition has been filed to this motion, which is otherwise supported.

New Orleans, Louisiana, this 12th day of March, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT