UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MILLIS | CIVIL ACTION |
| VERSUS | NO. 11-692 |
| ENTERPRISE PRODUCTS COMPANY | SECTION "C" (3) |

ORDER

IT IS ORDERED that the plaintiff's motion in limine to preclude testimony of defense witness Anna Duke is GRANTED as unopposed. Rec. Doc. 35.

New Orleans, Louisiana, this 6th day of April, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT