UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MILLIS<br><br>VERSUS<br><br>ENTERPRISE PRODUCTS CO. | CIVIL ACTION<br><br>NO. 11-692<br><br>SECTION "C"<br>JUDGE HELEN G. BERRIGAN<br><br>MAGISTRATE JUDGE (3)<br>DANIEL E. KNOWLES |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiff James Millis and Defendants Enterprise Products Co. and Enterprise Marine Services, LLC , who move for the entry of an *Order* dismissing the captioned litigation, with prejudice, each party to bear its own costs. Counsel for the parties have compromised and settled their differences.

**WHEREFORE,** undersigned counsel respectfully requests that this *Motion to Dismiss With Prejudice* be granted, and that this Honorable Court enter an *Order* granting the requested dismissal with prejudice.

Respectfully submitted on June 1, 2012.

**WAITS, EMMETT & POPP, L.L.C.**

s/ Jordan N. Teich
RANDOLPH J. WAITS (13157) T.A.
JOHN F. EMMETT (1861)
MATTHEW F. POPP (24608)
JORDAN N. TEICH (32254)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Facsimile: (504) 585-1796
E-mail: jteich@wep-law.com
*Attorneys for Enterprise Marine Services, L.L.C.*


O'BRYAN, BAUN & KARAMANIAN

s/ Kirk E. Karamanian
KIRK E. KARAMANIAN
401 S. Woodward, Suite 450
Telephone: (248) 258-6262
E-mail: kkaramanian@obryanlaw.net
*Attorneys for James Millis*

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

s/ Kirk E. Karamanian
KIRK E. KARAMANIAN